JOEL PAUL BERGER ET AL. *v.* 280 RAILROAD AVENUE
ASSOCIATES LIMITED PARTNERSHIP ET AL.
(11305)

DUPONT, C. J., LAVERY and FREEDMAN, Js.

Argued January 6—decision released January 26, 1993

*Paul L. Bollo,* for the appellants (defendants).

*Louis Ciccarello,* with whom, on the brief, was *Benjamin Gershberg,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.